**Order entered October 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00034-CR

### ANTUAN SPENCER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F14-53001-Y**

## ORDER

The reporter's record was due April 19, 2016. We abated the case for a hearing and later adopted the trial court's findings. We ordered court reporter Vearneas Faggett to file the reporter's record by September 16, 2016. To date, Ms. Faggett has not filed the reporter's record or communicated with this Court.

The Court **ORDERS** court reporter Vearneas Faggett to file the reporter's record within **FIFTEEN DAYS** of the date of this order. If Ms. Faggett fails to file the reporter's record by the time specified, the Court will utilize its available remedies, which may include ordering that Vearneas Faggett not sit as a court reporter until she files the reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, court reporter; and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE